NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JEREMY BURKHARDT (Cal. Bar No. 321744)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Jeremy.Burkhardt@usdoj.gov

Attorneys for Petitioner
United States of America

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>BRIAN E. BREWTON,<br><br>Respondent. | Case No.  8:20-cv-00943-DOC<br><br>ORDER TO SHOW CAUSE |

    Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declarations to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

1   THEREFORE, IT IS ORDERED that Respondent and Government counsel
2   shall appear before this District Court of the United States for the Central District of
3   California in **Courtroom No. 9D,**
4   \_\_\_\_   United States Courthouse
5   350 W. First Street,
6   Los Angeles, California 90012
7
8   \_\_\_\_   Roybal Federal Building and United States Courthouse
9   255 E. Temple Street,
10  Los Angeles, California 90012
11
12  **X   Ronald Reagan Federal Building and United States Courthouse**
13  **411 West Fourth Street,  Santa**
14  **Ana, California 92701**
15
16  \_\_\_\_   Brown Federal Building and United States Courthouse
17  3470 Twelfth Street, Riverside, California 92501
18
19  on **SEPTEMBER 14, 2020, at 8:30 A.M.**
20  and show cause why the testimony and production of books, papers, records and
21  other data demanded in the subject Internal Revenue Service summons should not be
22  compelled.
23  IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum
24  of Points and Authorities, and accompanying Declaration be served promptly upon
25  Respondent by any employee of the Internal Revenue Service or by the United States
26  Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing
27  documents at the Respondent's dwelling or usual place of abode with someone of
28  suitable age and discretion who resides there, or by certified mail.

IT IS FURTHER ORDERED that within **ten (10) days** after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

Dated: August 17, 2020

*David O. Carter*
UNITED STATES DISTRICT JUDGE